IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LARRY NEAL YORK                                                          PETITIONER

v.                              Case No. 2:06V00105 JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                               RESPONDENT

## **JUDGMENT**

It is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

IT IS SO ADJUDGED this 4th day of June, 2007.

                                                 /s/ John F. Forster, Jr.
                                       UNITED STATES MAGISTRATE JUDGE